No. ——. LOUISVILLE & NASHVILLE RAILROAD CO. *v.* UNITED STATES ET AL. Application for stay of order of March 19, 1970, of United States District Court for the Northern District of Illinois, pending appeal, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, granted. MR. JUSTICE DOUGLAS dissents from the grant of the stay of the District Court's order. *Joseph L. Lenihan* and *James W. Hoeland* for applicant. *Eugene W. Ward, Robert E. Kendrick, Richard L. Curry, William G. Mahoney, Weldon A. Cousins, Chester L. Rigsby, Leon M. Despres,* and *Gordon P. MacDougall* in opposition. *Robert W. Ginnane, Fritz R. Kahn,* and *Raymond M. Zimmet* filed a memorandum for the Interstate Commerce Commission in support of the application.

APRIL 6, 1970

No. 1117. ZENITH RADIO CORP. *v.* HAZELTINE RE-SEARCH, INC. C. A. 7th Cir. [Certiorari granted, *ante,* p. 979.] Motion of petitioner to advance denied. *Thomas C. McConnell* on the motion. *Victor P. Kayser* in opposition.

No. 1905, Misc. O'BRYAN *v.* BATTISTI, U. S. DISTRICT JUDGE. D. C. W. D. Okla. Application for stay presented to MR. JUSTICE WHITE, and by him referred to the Court, denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this application. *Harvey L. Davis* for applicant.

No. 1387. WELLS *v.* ROCKEFELLER, GOVERNOR OF NEW YORK, ET AL. Appeal from D. C. S. D. N. Y. Motion to expedite and advance and for temporary restraining order denied. *Robert B. McKay* on the motion.